IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00176 |
| | ) | |
| CHRISTOPHER FRANKLIN WADDELL | ) | |

ORDER

An Indictment was returned against this defendant on August 22, 2012. By writ of habeas corpus ad prosequendum entered August 24, 2012 (Docket Entry No. 5), the defendant was ordered to be brought to this Court for an initial appearance and arraignment, and, unless otherwise ordered, all other proceedings in this case. The defendant appeared on September 12, 2012, for an initial appearance on the Indictment, and he was advised of the charges, his rights, appointed counsel and he was arraigned. The Government filed a motion for detention. By and through counsel defendant waived his right to seek release at this time, reserving his right to request a detention hearing upon his own motion.

The defendant requested he be returned to state custody inasmuch as he is enrolled in a HVAC training program and that he earns credits toward his sentence by participating in the program. Without objection from the Government, the Court ordered defendant to be returned to state custody at the facility where he is currently incarcerated.

The United States Marshal shall place a detainer on the defendant so that he will be brought into federal custody if and when he is released from state custody during the pendency of this case. If the defendant has not been released into federal custody from the state before the next scheduled proceeding in this case, the Government shall file a petition for a writ of habeas corpus ad prosequendum at least two (2) weeks prior to any Court proceeding.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge