UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

v.  No. 3:12-00176

CHRISTOPHER FRANKLIN WADDELL

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. Christopher Franklin Waddell, TOOMIS # 00340059, DOB **/**/1978 in due form and process of law, confined in the custody of the Northeast Correctional Complex, 5249 Highway 67 West, Mountain City, Tennessee 37683-5000

2. Said individual has been charged pursuant to an indictment in Case Number 3:12-cr-00176 and is needed for sentencing on 8/15/2013 at 10:00 a.m. before a United States District Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:   August 6, 2013            /s/ Scarlett M. Singleton

                                   SCARLETT M. SINGLETON
                                   Assistant United States Attorney
                                   Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Middle District of Tennessee
      Northeast Correctional Complex
      5249 Highway 67 West
      Mountain City, TN 37683

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of Christopher Franklin Waddell, TOOMIS # 00340059, DOB **/**/1978 now confined in the custody of the Northeast Correctional Complex, 5249 Highway 67 West, Mountain City, TN 37683, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee for the purpose of a sentencing on 8/15/2013 at 10:00 a.m. and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state criminal case.

WITNESS, the Honorable John T. Nixon Sr., United States District Judge, Middle District of Tennessee.

DATED:

                                   By: _____
                                       John T. Nixon,
                                       United States District Judge